UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MATTHEW LEHRFELD,** | : | Case No. C-1-01-432 |
| Petitioner, | : | |
| | : | Judge Dlott |
| v. | : | Magistrate Judge Sherman |
| | : | |
| **JEFFREY WOLFE, WARDEN,** | : | |
| Respondent. | : | |

### RESPONDENT'S NOTICE OF CHANGE OF ADDRESS

Respondent hereby notifies the Court that the undersigned counsel's office has moved. The following address is effective immediately.

Corrections Litigation
150 East Gay Street, 16th Floor
Columbus, Ohio 43215

Respectfully submitted,

JIM PETRO (0022096)
Ohio Attorney General

s/ Stephanie L. Watson
Stephanie L. Watson (0063411)
Assistant Attorney General
Trial Attorney
Corrections Litigation Section
150 East Gay Street – 16th Floor
Columbus, Ohio 43215
(614) 644-7233
(614) 728-9327 FAX
slwatson@ag.state.oh.us

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was forwarded electronically or via regular U. S. Mail to Petitioner Matthew Lehrfeld, #382-633, at the Noble Correctional Institution, 15708 State Route 78 West, Caldwell, Ohio 43724, this 16th day of October, 2003.

                                                s/ Stephanie L. Watson
                                                STEPHANIE L. WATSON (0063411)
                                                Assistant Attorney General