## AFFIDAVIT

I, Matt Lehrfeld do hereby solemnly swear:

1. That I am the Affiant and make this Affidavit based on personal knowledge.

2. I received the Magistrate's Report and Recommendation on October 16, 2003.

3. I placed my Objection to the R&R in the Noble Correctional mailbox on October 23, 2003.

AND FURTHER AFFIANT SAYETH NAUGHT

STATE OF OHIO          *
                       *  SS:
COUNTY OF NOBLE        *

MATT LEHRFELD, AFFIANT

### NOTARY

Sworn to and subscribed before me this 23rd day of October 2003.

SEAL:



JESSIE M. WILSON
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires 8/13/08

NOTARY PUBLIC          10/23/03