IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re: Cases Referred to                    :
       Magistrate Judge Jack Sherman, Jr.   :   Case Number:   1:01cv432
                                            :

ORDER

The above case is hereby transferred from the docket of Magistrate Judge Jack Sherman, Jr. to the docket of Magistrate Judge Susan M Novotny.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　___s/Susan J. Dlott_____
　　　　　　　　　　　　　　　　　　　Susan J. Dlott
　　　　　　　　　　　　　　　　　　　United States District Judge