UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
Terry Deinlein, Acting Clerk
Cincinnati, Ohio

03 NOV -6 PM 1:11

**MATT LEHRFELD**
**PETITIONER**

\* CASE NO. C-1-01-432

\* JUDGE DLOTT

- vs -

\* MAGISTRATE JUDGE SHERMAN

**JEFFREY WOLFE, WARDEN,**
**RESPONDENT**

\*

---

### PETITIONER'S REQUEST TO EXCEED PAGE LIMITATIONS

Now comes the Petitioner, Matt Lehrfeld pursuant to Fed. Civ. R. 7(a) asks this Honorable Court to exceed the page limitations pursuant to Local Civil Rules 7.2 in the above-captioned case. Petitioner is including with this Request a Table of Contents pursuant to Local Civil Rule 7.2(a)(3), which is attached hereto.

*Granted*
*Susan J. Dlott*
*Nov 20, 2003*

Respectfully submitted,

MATT LEHRFELD (382-633)
NCI 15708 ST.RT. 78 WEST
CALDWELL, OHIO 43724
IN PROPRIA PERSONA