IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to
       Magistrate Judge Susan M. Novotny      Case Number:   1:01cv432

ORDER

The above case is hereby transferred from the docket of Magistrate Judge Susan M. Novotny to the docket of Magistrate Judge David S. Perelman.

IT IS SO ORDERED.

                    ___s/Susan J. Dlott_____
                    Susan J. Dlott
                    United States District Judge