IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MATTHEW LEHRFELD, | : |
| Plaintiff(s) | : |
| | : Case Number: 1:01cv432-SJD |
| vs. | : |
| | : District Judge Susan J. Dlott |
| JEFFREY WOLFE, Warden | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Petitioner's petition for writ of habeas corpus pursuant to 28 USC Sec 2254 (Doc. 1) is hereby DENIED with prejudice.

A certificate of appealability shall not issue and an appeal of this order would not be taken in good faith and therefore DENIES petitioner leave to appeal IFP upon a showing of financial necessity.

3/24/04                                                                  JAMES BONINI, CLERK

                                                                 ___s/William Miller_____
                                                                 Deputy Clerk

Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.