**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7002 0860 0000 3408 6497

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

1:01cv 432

Postmark Here

Sent To: Matthew Lehrfeld
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, April 2002        See Reverse for Instructions