| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C/o *Rudolph*   ☒ Agent  ☐ Addressee<br>B. Received by (*Printed Name*): C/o Rudolph   C. Date of Delivery: 3-29-04<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☒ No |
| 1. Article Addressed to:<br><br>Matthew Lehrfeld<br>#382-633<br>Noble Correctional Inst.<br>15708 State Rt. 78 West<br>Caldwell, OH. 43724-8902 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7002 0860 0000 1408 6497 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835



First-Class Mail
Postage & Fees Paid
USPS
Permit No. 2004

MAR 29 2004

CINCINNATI OH
45724

• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 E. FIFTH STREET, RM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

1:01cv432
#20 +21   4819