UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
JAMES BONINI
CLERK

04 APR 16 PM 2:00

| | | |
|---|---|---|
| **MATT LEHRFELD** | * | CASE NO. 1 01 CV 432 |
| PLAINTIFF | * | |
| - vs - | * | |
| **JEFFREY WOLFE** | * | NOTICE OF APPEAL |
| WARDEN | * | |
| | * | |

Notice is hereby given that Matt Lehrfeld , hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgement denying the Writ of Habeas Corpus entered in this action on the 24 day of March 2004 and received by the Plaintiff on March 30 , 2004 at Noble Correctional Institute .

Respectfully Submitted ,

MATT LEHRFELD (382633)
NCI 15708 ST.RT. 78 WEST
CALDWELL , OHIO 43724
**IN PROPRIA PERSONA**