# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:01cv432 | Court of Appeals Case No. 04-3653 |
| **SHORT CAPTION** | |
| MATT LEHRFELD* | Case Manager: JILL COLYER |
| Plaintiff/Petitioner | Date Filed: |
| vs. | |
| JEFFREY WOLFE | **FILED** MAY 1 8 2004 LEONARD GREEN, Clerk |
| Defendant/Respondent Reg. No 382633 Noble Correctional Institution 15708 State Rout 78 West Caldwell, Ohio 43724 *provide pro se address IF NOT on the docket sheet | |
| **District Court Judge:** SUSAN J. DLOTT | **Anything That Needs Special Attention** NOTICE OF APPEAL(DOC.22) appealing ORDER(DOC.20) entered on 3/24/2004. |
| **Court Reporter(s):** | |
| **From Deputy Clerk:** ARTHUR HILL | |
| **Date:** 4/16/2004 | |
| $255.00 Appeal Filing Fee Paid? NO | |

Stamps: RECEIVED APR 1 6 2004 Leonard Green Clerk; FILED 04 MAY 19 PM 4:03

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)         Exhibit(s)    Volume(s)

Transcript(s)   Volume(s)         **Sealed**    Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: JAMES BONINI
_____
United States District Court