# TRANSMISSION FORM

| District Court: | S.D. of Ohio (Western) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:01cv432 | Court of Appeals Case No: |
| SHORT CAPTION | Matthew Lehrfeld* | 04-3653 |
| | | Case Manager: Jill Colyer |
| Plaintiff/Petitioner | vs. Jeffrey Wolfe | Date Filed: |
| Defendant/Respondent | #382-633<br>Noble Correctional Institution<br>15708 State Route 78 West<br>Caldwell, OH 43724-8902<br><br>*provide pro se address IF NOT on the docket sheet | |
| District Court Judge: | Dlott | Anything That Needs Special Attention |
| Court Reporter(s): | | **Transmission of Record Including 2 Volumes** |
| From Deputy Clerk: | Kendra Jordan | |
| Date: | 5/21/04 | |
| $255.00 Appeal Filing Fee Paid? | NO | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s)   Volume(s) **2**

Deposition(s)   Volume(s)        Exhibit(s)        Volume(s)

Transcript(s)   Volume(s)        **Sealed**        Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____**James Bonini**_____
United States District Court