## AFFIDAVIT

I, Matt Lehrfeld, do hereby depose and say :

1. I am the Affiant making this Affidavit based on personal knowledge, and am competent to testify herein.

2. I have discovered evidence that United States District Judge Susan J. Dlott is engaging in a conspiracy to violate my constitutional rights to meaningful access to the Court's of the United States of America.

3. I have documentary proof that Susan J. Dlott has violated my constitutional rights secured to me by the laws of the United States.

4. I have proof that my claims have not been adjudicated in accord with due process and equal protection mandates of the law.

5. I request that Susan J. Dlott be removed from further proceedings in this case.

### AND FURTHER AFFIANT SAYETH NAUGHT

**STATE OF OHIO**         *

                  * SS:

**COUNTY OF NOBLE**    *

_____
MATT LEHRFELD, AFFIANT

### NOTARY

Sworn to and subscribed/affirmed in my presence this 10th day of June 2004.

**SEAL:**

_____
NOTARY PUBLIC

JESSIE M. WILSON
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires 8/13/08