FILED
JAMES BONINI
CLERK

2004 JUN 16 PM 12: 51

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MATT LEHRFELD  
    MOVANT

  - vs -

SUSAN J. DLOTT  
    RESPONDENT

CASE NO. 1:01CV432

MOTION FOR RECUSAL

---

    Now comes the Movant, Matt Lehrfeld, and moves the Court for an Order of Recusal in the above-captioned case pursuant to 28 U.S.C. § 455 , for the reasons and facts more fully set forth in the attached Memorandum in Support.

Respectfully Submitted,

MATT LEHRFELD (382633)  
15708 ST.RT. 78 WEST  
CALDWELL, OHIO 43724  
IN PROPRIA PERSONA

Denied  
Susan J. Dlott  
6/21/04