UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Denied
Susan Dlott
8/23/04

| | | |
|---|---|---|
| MATT LEHRFELD<br>PETITIONER | * | CASE NO. 1 01 CV 432 |
| - vs - | * | JUDGE SUSAN DLOTT |
| JEFFREY WOLFE, WARDEN<br>RESPONDENT | * | MOTION FOR RELIEF<br>FROM JUDGEMENT |

Now comes the Petitioner, Matt Lehrfeld, and respectfully moves this Honorable Court for relief from judgement of the Order issued on March 23, 2004 in the above-captioned case pursuant to Fed. R. Civ. P. 60 (B). A memorandum in support of this motion is attached hereto.

Respectfully Submitted,

MATT LEHRFELD (382633)
15708 ST.RT. 78 WEST
CALDWELL, OHIO 43724
NOBLE CORRECTIONAL INSTITUTE
IN PROPRIA PERSONA

FILED
JAMES BONINI
CLERK
2004 JUN -9 PM 12:14
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI