No. 04-3653

**FILED**

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

DEC 0 7 2004

LEONARD GREEN, Clerk

| | | |
|---|---|---|
| MATTHEW LEHRFELD, | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | 1:01-cv-00432 |
| JEFFREY WOLFE, Warden, | ) | |
| | ) | |
| Respondent-Appellee. | ) | |
| | ) | |

Matthew Lehrfeld, an Ohio prisoner proceeding pro se, moves for a certificate of appealability in this appeal from a district court judgment denying his petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.

Upon consideration, we deny the application for a certificate of appealability as to all issues.

ENTERED BY ORDER OF THE COURT

Leonard Green
Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
Deputy Clerk