# UNITED STATES COURT OF APPEALS

### FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

DEBRA COOK
(513) 564-7043
www.ca6.uscourts.gov

Filed: December 29, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 04-3653
Lehrfeld vs. Wolfe
District Court No. 01-00432

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of
appellate proceedings. [04-3653] . Volumes included: 2 Pl;
1 Tr;.

Please acknowledge receipt of the certified record on the attached
copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

1/12/05
Date

Very truly yours,
Leonard Green, Clerk

Deb Cook
Records Management Deputy